IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE BROWN, #136414, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )  CASE NO. 2:14-cv-200-MEF |
| | ) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #38) filed on July 9, 2013 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #4) entered on March 24, 2014 is adopted;

(3)  The petition for writ of habeas corpus filed by Brown is DENIED and this cause is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as Brown has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

DONE this the 2nd day of May, 2014.

                                                         /s/ Mark E. Fuller
                                          UNITED STATES DISTRICT JUDGE